# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANNASTASIA NICOLE KIMBERLY**
**(aka ARRON MICHAEL LEWIS)**                          PETITIONER

**4:24-CV-00590 JM/PSH**

**DEXTER PAYNE, ARKANSAS**
**DOC DIRECTOR**                                       RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 22nd day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE